UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YOUCHUN ZHENG, *on behalf of himself and others similarly situated*,

          Plaintiff,

-against-

KOBE SUSHI JAPANESE CUISINE 8 INC. d/b/a Kobe Sushi Japanese Cuisine, CHONG LIN YOU, and XING DA CHEN,

          Defendants.

Case No.: 15-cv-10125

**NOTICE OF MOTION
TO DISQUALIFY
PLAINTIFF'S COUNSEL**

---

**PLEASE TAKE NOTICE**, that upon the Affidavit of Xing Da Chen, sworn to on May 4, 2016, and the accompanying Memorandum of Law In Support of Disqualification, dated May 4, 2016, and upon all pleadings and filings made and upon all proceedings heretofore had herein, Defendant will move this Court before the Honorable Alvin K. Hellerstein, Judge of the United States District Court for the Eastern District of New York, at Courtroom 14D, located at the United States Courthouse, 500 Pearl Street, New York, New York 10007, pursuant to the authority and responsibility of this Court to supervise attorneys admitted to practice before it, and to uphold the applicable ethical precepts of the District in which this Court is situated and sits, for an Order:

(1) Disqualifying John Troy, Esq. and the law firm of Troy Law, PLLC from providing any legal representation in this action on behalf of Plaintiff;

(2) Granting an injunction against John Troy, Esq. and the law firm of Troy Law, PLLC preventing them from discussing with any third parties any information obtained during John Troy's telephone communication with Defendant Xing Da Chen; and

(3) Staying Plaintiff's action against Defendants pending the hearing and determination of this motion.

In pursuance of Local Rule 6.1 of the United States District Court for the Easter District of New York, Plaintiff's opposition papers are due to be served on or before May 18, 2016 (being 10 business days after service, and Defendant's reply papers, if any, are due to be served on or before May 25, 2016.

Dated:  May 4, 2016
       New York, New York

**Xue & Associates, P.C.**
*Attorneys for Defendants*
KOBE SUSHI JAPANESE CUISINE 8 INC., CHONG LIN YOU, and XING DA CHEN

By: /s/ Benjamin B. Xue
Benjamin B. Xue
Kevin K. Yam
1001 Avenue of the Americas
11th Floor
New York, NY 10018
benjaminxue@xuelaw.com
kevinyam@xuelaw.com
Tel.: (212) 219-2275
Fax: (212) 219-2276

TO:  John Troy, Esq.
Troy Law, PLLC
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel: (718) 762-1324