TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 119
Flushing, NY 11355
Tel: 718) 762-1324
Fax: (718) 762-1342

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YOUCHEN ZHENG, *on behalf of himself and others similarly situated*,

                                  Plaintiff,

       v.

KOBE SUSHI JAPANESE CUISINE 8 INC. d/b/a
Kobe Sushi Japanese Cuisine, CHONG LIN YOU,
and XING DA CHEN,

                                  Defendants.
-------------------------------------------------------------X

Case No: 15-cv-10125

**NOTICE OF MOTION**

> *Handwritten annotation by the court:*
> Motion denied. I decline to vacate my order of June 20, 2016, ordering disqualification of moving counsel. This motion repeats the information twice previously submitted, and does not justify reconsideration. Counsel's good faith and alleged innocence does not mitigate the fact that he conducted substantive discussion that conflicts with any representations in this case. ECF document 28 is terminated
> 8-5-16
> /s/ Hellerstein

**PLEASE TAKE NOTICE** that upon the annexed Declaration of John Troy, sworn to on July 21, 2016, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall, pursuant to Federal Rule of Civil Procedure 60(b) move this Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, before the Honorable Alvin K. Hellerstein for an Order vacating the disqualification of John Troy and Troy Law PLLC.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1 of the Southern District of New York answering papers, if any, are due within fourteen days of service of this motion.

Date: Flushing, New York
       July 21, 2016

Respectfully submitted,
TROY LAW, PLLC

By: /s/ JOHN TROY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/16

1

JOHN TROY, ESQ. (JT 0481)
41-25 Kissena Boulevard, Suite 119
Flushing, NY 11355
Tel: (718) 762-1324
Fax: (718) 762-1342
johntroy@troypllc.com